■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYL A. POOL, Appellant. [46 NYS3d 453]—Appeal from a judg-

ment of the Orleans County Court (James P. Punch, J.), rendered December 1, 2014. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lindley, NeMoyer, Curran and Troutman, JJ.